**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mary Ann V. Kloiber aka Mimi Kloiber          CHAPTER 13
Matthew J. Kloiber aka Matt
Kloiber                                              BKY. NO. 17-15171 PMM
                    Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

Respectfully submitted,


Rebecca Solarz
23 Nov 2020, 15:29:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322