UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Matthew J. Kloiber, | : | Case No.  17-15171 – PMM |
| Mary Ann V. Kloiber, | : | |
| | : | |
| Debtors. | : | |

**O R D E R**

**AND NOW**, upon consideration of PNC Bank's Motion for Relief from Stay re: 2016 West Pennsylvania Street, Allentown, PA, 18104 ("the Motion") (Doc. # 52) and the Debtor's Response (Doc. # 54);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 29, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being denied without further notice or hearing.

Date:  March 30, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**