United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 17-15171-pmm

Matthew J. Kloiber                                                        Chapter 13

Mary Ann V. Kloiber

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 30, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Matthew J. Kloiber, 2016 W. Pennsylvania, Allentown, PA 18104-3024 |
| jdb | + | Mary Ann V. Kloiber, 2016 W. Pennsylvania, Allentown, PA 18104-3024 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2021                  Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| JASON BRETT SCHWARTZ | |
| | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| JOHN R.K. SOLT | |
| | on behalf of Joint Debtor Mary Ann V. Kloiber jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| JOHN R.K. SOLT | |

District/off: 0313-4
Date Rcvd: Mar 30, 2021

User: admin
Form ID: pdf900

Page 2 of 2
Total Noticed: 2

on behalf of Debtor Matthew J. Kloiber jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

REBECCA ANN SOLARZ

on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

<u>UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Matthew J. Kloiber, | : | Case No.  17-15171 – PMM |
| Mary Ann V. Kloiber, | : | |
| | : | |
| Debtors. | : | |

**O R D E R**

   **AND NOW**, upon consideration of PNC Bank's Motion for Relief from Stay re: 2016
West Pennsylvania Street, Allentown, PA, 18104 ("the Motion") (Doc. # 52) and the Debtor's
Response (Doc. # 54);

   **AND**, the parties having reported this matter settled with a stipulation memorializing the
settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

   It is hereby **ORDERED** that:

1.  On or before **April 29, 2021,** the parties shall either file the Stipulation or a notice relisting
    the Motion for hearing.

2.  Failure to comply timely with Paragraph 1 above, may result the Motion being denied
    without further notice or hearing.

Date:  **March 30, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**