**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:  Matthew J. Kloiber,** | : Case No. 17-15171-PMM |
| **Mary Ann V. Kloiber,** | : |
| | : |
| **Debtors** | : Chapter 13 |

# PRAECIPE TO CORRECT DEBTORS' ADDRESS

TO THE US BANKRUPTCY CLERK:

      Kindly correct the address of the debtors Matthew J. Kloiber and Mary Ann Kloiber from:

2016 W. Pennsylvania Ave.
Allentown, PA 18104-3024

To the following:

831 N. Marshall Street
Allentown, PA 18104

                                          JOHN R. K. SOLT, P.C.

                                          By: /s/ John R. K. Solt
                                          JOHN R. K. SOLT, ESQUIRE
                                          I.D. No. 24686
                                          2045 Westgate Drive, Suite 404B
                                          Bethlehem, PA 18017
                                          Phone: (610) 865-2465
                                          Facsimile: (610) 691-2018
                                          Email:  jsolt.soltlaw@rcn.com