| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-15171-PMM

MATTHEW J KLOIBER
MARY ANN V KLOIBER
831 N MARSHALL ST
ALLENTOWN  PA    18104

Petition Filed Date: 07/31/2017
341 Hearing Date: 11/07/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $1,800.00 | | 01/28/2020 | $900.00 | | 02/25/2020 | $900.00 | |
| 03/23/2020 | $900.00 | | 04/27/2020 | $900.00 | | 05/26/2020 | $900.00 | |
| 06/29/2020 | $900.00 | | 07/27/2020 | $900.00 | | 08/24/2020 | $900.00 | |
| 09/28/2020 | $900.00 | | 10/26/2020 | $900.00 | | 11/23/2020 | $900.00 | |
| 12/29/2020 | $900.00 | | 01/26/2021 | $900.00 | | 03/01/2021 | $900.00 | |
| 03/29/2021 | $900.00 | | 04/26/2021 | $900.00 | | 05/24/2021 | $900.00 | |

**Total Receipts for the Period: $17,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 13 | AMERICAN EXP CENTURION BANK<br>»» 013 | Unsecured Creditors | $653.98 | $78.22 | $575.76 |
| 12 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $2,125.12 | $260.56 | $1,864.56 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $10,430.04 | $1,339.90 | $9,090.14 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,205.86 | $1,824.97 | $12,380.89 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $200,801.56 | $25,795.47 | $175,006.09 |
| 2 | KEYBANK<br>»» 002 | Unsecured Creditors | $2,023.65 | $248.14 | $1,775.51 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,602.29 | $334.26 | $2,268.03 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $23,303.43 | $2,993.55 | $20,309.88 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,163.31 | $406.38 | $2,756.93 |
| 10 | PNC BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $3,326.33 | $427.33 | $2,899.00 |
| 4 | PSECU<br>»» 004 | Unsecured Creditors | $18,707.93 | $2,403.31 | $16,304.62 |

**Chapter 13 Case No. 17-15171-PMM**

| 15 | JOHN R K SOLT ESQ<br>»» 015 | Attorney Fees | $1,745.00 | $1,745.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,400.00 | Current Monthly Payment: | $900.00 |
| Paid to Claims: | $37,857.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,512.85 | Total Plan Base: | $54,000.00 |
| Funds on Hand: | $30.06 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.