| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-15171-PMM

MATTHEW J KLOIBER  
MARY ANN V KLOIBER  
831 N MARSHALL ST  
ALLENTOWN  PA    18104

Petition Filed Date: 07/31/2017  
341 Hearing Date: 11/07/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $900.00 | | 05/24/2021 | $900.00 | | 06/28/2021 | $900.00 | |
| 07/26/2021 | $900.00 | | 08/23/2021 | $900.00 | | 09/28/2021 | $900.00 | |
| 10/25/2021 | $900.00 | | 11/30/2021 | $900.00 | | 12/28/2021 | $900.00 | |
| 01/25/2022 | $900.00 | | 03/07/2022 | $900.00 | | 04/04/2022 | $900.00 | |
| 05/02/2022 | $900.00 | | 05/31/2022 | $900.00 | | 07/12/2022 | $900.00 | |

**Total Receipts for the Period:  $13,500.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $53,100.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 13 | AMERICAN EXP CENTURION BANK<br>»» 013 | Unsecured Creditors | $653.98 | $108.80 | $545.18 |
| 12 | BANK OF AMERICA NA<br>»» 012 | Unsecured Creditors | $2,125.12 | $353.73 | $1,771.39 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $10,430.04 | $1,736.32 | $8,693.72 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $14,205.86 | $2,364.86 | $11,841.00 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $200,801.56 | $33,426.55 | $167,375.01 |
| 2 | KEYBANK N.A.<br>»» 002 | Unsecured Creditors | $2,023.65 | $336.95 | $1,686.70 |
| 7 | LVNV FUNDING LLC<br>»» 007 | Unsecured Creditors | $2,602.29 | $433.16 | $2,169.13 |
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $23,303.43 | $3,879.13 | $19,424.30 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $3,163.31 | $517.30 | $2,646.01 |
| 10 | PNC BANK<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $3,326.33 | $543.97 | $2,782.36 |
| 4 | PSECU<br>»» 004 | Unsecured Creditors | $18,707.93 | $3,114.29 | $15,593.64 |

**Chapter 13 Case No. 17-15171-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | JOHN R K SOLT ESQ<br>»» 015 | Attorney Fees | $1,745.00 | $1,745.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,100.00 | Current Monthly Payment: | $900.00 |
| Paid to Claims: | $48,560.06 | Arrearages: | $900.00 |
| Paid to Trustee: | $4,520.85 | Total Plan Base: | $54,000.00 |
| Funds on Hand: | $19.09 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.