Certificate Number: 06761-PAE-DE-036829549

Bankruptcy Case Number: 17-15171



06761-PAE-DE-036829549

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2022, at 2:51 o'clock PM EDT, Matthew Kloiber completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 13, 2022           By:   /s/Helen L. Cagle

                                     Name: Helen L. Cagle

                                     Title: Manager