Certificate Number: 06761-PAE-DE-036829550

Bankruptcy Case Number: 17-15171



06761-PAE-DE-036829550

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 12, 2022, at 2:51 o'clock PM EDT, Mary Ann Kloiber completed a course on personal financial management given by internet by $$ Bankruptcy Debtor Education, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 13, 2022            By:  /s/Helen L. Cagle

Name:  Helen L. Cagle

Title:  Manager