United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-15171-pmm
Matthew J. Kloiber  Chapter 13
Mary Ann V. Kloiber
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 3
Date Rcvd: Sep 20, 2022    Form ID: 138OBJ    Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Kloiber, Mary Ann V. Kloiber, 831 N. Marshall Street, Allentown, PA 18104-3812 |
| 13959925 | + | AES/Keycorp Trust 1996A, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14066037 | + | John R. K. Solt, Esquire, 2045 Westgate Drive, Suite 404B, Bethlehem, PA 18017-7475 |
| 13959935 | | Kohls/Capital One, P.O. Box 34115, Milwaukee, WI 53201-3115 |
| 14563449 | + | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14563770 | + | PNC Bank, National Association, c/o Rebecca Solarz, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 20 2022 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 20 2022 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13959926 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:26 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14039788 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:38 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13959927 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2022 23:49:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 14038710 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2022 23:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13959928 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 20 2022 23:49:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 13959929 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2022 23:55:30 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13959930 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 20 2022 23:55:38 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 13978626 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2022 23:55:30 | Capital One Auto Finance c/o AIS, Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13959932 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:34 | Citicards CBNA, P.O. Box 6241, ibs Cdv Disputes, Sioux Falls, SD 57117-6241 |
| 13959933 | | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 13963623 | | Email/Text: mrdiscen@discover.com | Sep 20 2022 23:49:00 | Discover Bank, Discover Products Inc, PO Box |

Case 17-15171-pmm   Doc 81   Filed 09/22/22   Entered 09/23/22 00:31:35   Desc Imaged
                             Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 13959934 | + | Email/Text: bncnotifications@pheaa.org | Sep 20 2022 23:49:00 | Federal Loan Servicing Credit, P.O. Box 60610, Harrisburg, PA 17106-0610 |
| 13959931 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2022 23:55:25 | Chase Card, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 13979004 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 20 2022 23:49:00 | Key Bank, 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 13965928 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 20 2022 23:49:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, Oh 44144-2338 |
| 13999454 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:26 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13959936 | + | Email/Text: bankruptcynotices@psecu.com | Sep 20 2022 23:49:00 | PA State Employees Credit Union, 1500 Elmerton Avenue, Harrisburg, PA 17110-2990 |
| 14037180 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC BANK, PO BOX 94982, CLEVELAND OH 44101 |
| 13959937 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 13959938 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2022 23:49:00 | PNC Bank, P.O. Box 3180, Pittsburgh, PA 15230-3180 |
| 14563449 | ^ | MEBN | Sep 20 2022 23:46:05 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13994257 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:39 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13961686 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13972720 | + | Email/Text: bankruptcynotices@psecu.com | Sep 20 2022 23:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14001367 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2022 23:49:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13959939 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:30 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14017232 | | Email/Text: bncnotifications@pheaa.org | Sep 20 2022 23:49:00 | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |
| 13959940 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2022 23:55:27 | Universal Card/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 20, 2022 | Form ID: 138OBJ | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

**Name**          **Email Address**

JASON BRETT SCHWARTZ
            on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com

JASON BRETT SCHWARTZ
            on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

JOHN R.K. SOLT
            on behalf of Joint Debtor Mary Ann V. Kloiber jsolt.soltlaw@rcn.com
            rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

JOHN R.K. SOLT
            on behalf of Debtor Matthew J. Kloiber jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

REBECCA ANN SOLARZ
            on behalf of Creditor PNC BANK  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
            ECFMail@ReadingCh13.com

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Matthew J. Kloiber and Mary Ann V. Kloiber

        Debtor(s)

Case No: 17−15171−pmm

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      United States Bankruptcy Court
      Office of the Clerk, Gateway Building
      201 Penn Street, 1st Floor
      Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/20/22

78 − 68
Form 138OBJ